UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:15-cv-81685-DMM

THE PRINCETON EXCESS AND
SURPLUS LINES INSURANCE
COMPANY, a Delaware corporation,

Petitioner,

vs.

DM VENTURES USA LLC, d/b/a DIRTY
MARTINI, a Florida Limited Liability
Company, THE DIRTY MARTINI GRILLE,
LLC, d/b/a DIRTY MARTINI, PAWN
SHOP LOUNGE PALM BEACH, INC., a
Florida Corporation, THE PAWN SHOP
LOUNGE PALM BEACH, LLC, d/b/a THE
PAWN SHOP LOUNGE, a Florida corporation,
EVA PEPAJ, TIFFANY TOTH, JESSICA HINTON,
BROOKE JOHNSON a/k/a BROOKE TAYLOR,
JESSE GOLDEN, DANIELLE RUIZ, JENNIFER
ZHARINOVA, and PAOLA CANAS

      Respondents.

_____/

**NOTICE OF APPEARANCE**

     The undersigned counsel gives this **NOTICE OF APPEARANCE** as counsel for the Respondents, Eva Pepaj, Tiffany Toth, Jessica Hinton a/k/a Jessa Hinton, Brooke Johnson a/k/a Brooke Taylor, Jesse Golden, Danielle Ruiz, Jennifer Zharinova and Paola Canas (herein collectively referred to as "RESPONDENTS"), in the above styled matter and request that all notices, papers, and pleadings in this case be directed to the undersigned.

Respectfully Submitted,

*/s/ Sarah Melissa Cabarcas*
**SARAH M. CABARCAS, ESQ.**
Florida Bar No.: 090938
THE CASAS LAW FIRM, P.C.
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
Telephone #: 786-671-3244
Facsimile #: 786-671-3243
Attorneys for the RESPONDENTS
sarah@casaslawfirm.com (primary email)
mila@casaslawfirm.com (secondary email)
dennis@casaslawfirm.com (secondary email)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6, 2016, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all parties in this case.

/s/Sarah Melissa Cabarcas
Sarah M. Cabarcas, Esquire
Florida Bar Number 090938